| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Eddie W. Knippers Sr.** | Social Security number or ITIN  **xxx–xx–3257** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Louisiana** | | Date case filed for chapter  **7**   **12/12/19** |
| Case number:   **19–11458** | | |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Eddie W. Knippers Sr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11383 Greenwell Springs Rd.<br>Baton Rouge, LA 70814 | |
| 4. | **Debtor's attorney**<br>Name and address | Barry W. Miller<br>Steffes Law Firm<br>13702 Coursey Blvd., Building 3<br>Baton Rouge, LA 70817 | Contact phone 225–751–1751<br><br>Email:  bmiller@steffeslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Dwayne M. Murray<br>4970 Bluebonnet Blvd., Suite B<br>Baton Rouge, LA 70809 | Contact phone 225–925–1110<br><br>Email:  dmm@murraylaw.net |

**For more information, see page 2 >**

Debtor **Eddie W. Knippers Sr.** Case number **19–11458**

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Hours open: 8:30am to 4:00pm  Contact phone _____  Date: 12/13/19 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 21, 2020 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Middle District of Louisiana, 707 Florida Street, Room 324, Baton Rouge, LA 70801** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |
| **9. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/23/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/20/20**  **Filing deadline: 6/9/20** |
| | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

```
                              United States Bankruptcy Court
                                Middle District of Louisiana

In re:                                                            Case No. 19-11458-ddd
Eddie W. Knippers, Sr.                                            Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 053N-3          User: admin             Page 1 of 1          Date Rcvd: Dec 13, 2019
                              Form ID: 309B           Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Eddie W. Knippers, Sr.,    11383 Greenwell Springs Rd.,    Baton Rouge, LA 70814-7149
tr             +Dwayne M. Murray,    4970 Bluebonnet Blvd., Suite B,    Baton Rouge, LA 70809-3089
1973697        +American First Federal, Inc.,    c/o R. Joseph Naus,    330 Marshall St., Ste. 1000,
                 Shreveport, LA 71101-3016
1973699        +EKA Management, Inc.,    11383 Greenwell Springs Rd.,    Baton Rouge, LA 70814-7149
1973698        +Eddie Knippers & Associates, Inc.,    11383 Greenwell Springs Rd.,    Baton Rouge, LA 70814-7149
1973694        +Louisiana Department of Revenue,    PO Box 66658,    Baton Rouge, LA 70896-6658
1973695         Office of the U.S. Attorney,    Middle District of LA,    Russell B. Long Federal Courthouse,
                 777 Florida Street, Ste. 208,    Baton Rouge, LA 70801-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bmiller@steffeslaw.com Dec 13 2019 19:59:00      Barry W. Miller,
                 Steffes Law Firm,    13702 Coursey Blvd., Building 3,    Baton Rouge, LA  70817
1973692        +E-mail/Text: julie.n.taylor@irscounsel.treas.gov Dec 13 2019 19:59:06
                 District Counsel - IRS,    PO Box 30509,   New Orleans, LA 70190-0509
1973693         EDI: IRS.COM Dec 14 2019 01:03:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
1973696        +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Dec 13 2019 19:59:03      Office of the U.S. Trustee,
                 Middle District of LA,    400 Poydras Street, Ste. 2110,    New Orleans, LA 70130-3238
                                                                                               TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```